In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00051-CV

                                                ______________________________

 

 

 

                 IN THE INTEREST OF
A.P., G.P., AND L.P., CHILDREN

 

 

                                                                                                  


 

 

                                       On Appeal from the 336th
Judicial District Court

                                                             Fannin County, Texas

                                                       Trial Court
No. FA-10-39888

 

                                                   
                                               

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            The sole appellant in this case,
Bonnie Ruth Allen-Pieroni, has represented to this Court that she wishes to
dismiss her appeal.  See Tex. R. App. P.
42.1.

            We further note that Allen-Pieroni
has not paid the filing fee for this appeal, and has made no claim of
indigency.  See Tex. R. App. P.
app. C(B)(1); 20.1.  On July 25, 2011, we
contacted Allen-Pieroni by letter, giving her an opportunity to cure her
failure to pay the appellate fees and warning her that if we did not receive an
adequate response within ten days, this appeal would be subject to dismissal
for want of prosecution.  See Tex.
R. App. P. 42.3(b), (c).

            In response, we received a letter
stating that she wished to dismiss the appeal.

            We dismiss the appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          August 8, 2011

Date Decided:             August 9, 2011